UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

On Criminal No. 17-502 (SDW)

UNITED STATES OF AMERICA v. Dawud H. Ingram, Defendant (State Id. No. 463772C, FBI No. 623904KB5)

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. Dawud H. Ingram (State Id. No. 463772C, FBI No. 623904KB5) is now confined at Essex County Jail, 354 Doremus Avenue, Newark, NJ 07105.

2. Said individual will be required at U.S. District Court, Newark, New Jersey before the Honorable Susan D. Wigenton, on Monday, November 27, 2017 at 11:00 a.m. for an Initial Appearance in the above-captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 20, 2017

s/Thomas S. Kearney
THOMAS S. KEARNEY
Assistant United States Attorney
Petitioner--(973)297-2019

ORDER FOR WRIT: Let the Writ Issue.

DATED: Nov. 20, 2017

HONORABLE Susan D. Wigenton
United States District Judge

WRIT OF HABEAS CORPUS: The United States of America to DIRECTOR OF THE ESSEX COUNTY JAIL

WE COMMAND YOU that you have the body of Dawud H. Ingram, Defendant (State Id. No. 463772C, FBI No. 623904KB5)(by whatever name called or charged) now confined in the Essex County Jail, 354 Doremus Avenue, Newark, NJ 07105 before the United States District Court before the Honorable Susan D. Wigenton, at the U.S. District Court, Newark, New Jersey on Monday, November 27, 2017 at 11:00 a.m. Immediately upon completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable Susan D. Wigenton
United States District Judge at Newark, New Jersey

DATED: 11/20/17

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
Deputy Clerk